UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMAU DELK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD WATSON, PHILLIP MCLAURIN and UNKNOWN PARTY,<br><br>　　　　Defendant. | Case No. 15-cv-1256-JPG-DGW |

## JUDGMENT

This matter having come before the Court, the issues having been heard, the plaintiff having failed to prosecute, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED:　January 9, 2017**　　　　JUSTINE FLANAGAN, Acting Clerk of Court

　　　　　　　　　　　　　　　　　*s/Tina Gray*, **Deputy Clerk**


**Approved:**　s/ J. Phil Gilbert
　　　　　　**J. PHIL GILBERT**
　　　　　　**DISTRICT JUDGE**